UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JAMES LITTLE,<br><br>Defendant. | 5:09-50056-01-KES<br><br>ORDER DENYING MOTION FOR CLARIFICATION |

Defendant, Robert James Little, moves this court for an order (Docket 132) clarifying the court's judgment dated July 26, 2017 (Docket 131). The court's judgment, hereto attached, stated "[t]he defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months to run consecutive with State of South Dakota File Number 51CRI16-003715." Docket 131. No additional clarification is needed. It is thus

ORDERED that defendant's motion for clarification (Docket 132) is denied.

Dated August 14, 2018.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE